# United States District Court
## For The District of Wyoming

CRAIG CUNNINGHAM,

      Plaintiff,

vs.

ASI, LLC; DONALD CROSS; BRIXUM BENEFICIAL; GINA BENNETT; ROBERT WEISS; AVG FINANCIAL, MICHAEL ASHBERRY, AND JOHN/JANE DOES 1-5,

      Defendants.

Civil No. 18-CV-183-F

## JUDGMENT IN A CIVIL ACTION

The Court having granted Defendants Brixum Beneficial and Gina Bennett's Motion to Dismiss Plaintiff, Craig Cunningham's claims based on lack of personal jurisdiction and failure to state a claim on January 9, 2019 and the Court having ordered that Plaintiff's Complaint be dismissed without prejudice.

Plaintiff, Craig Cunningham shall take nothing and Defendants, ASI, LLC; DONALD CROSS; BRIXUM BENEFICIAL; GINA BENNETT; ROBERT WEISS; AVG FINANCIAL, MICHAEL ASHBERRY and JOHN/JANE DOES 1-5 are entitled to judgment in their favor on all claims asserted against them by Plaintiff.

Dated this 9th day of January, 2019.

                                                                                   Clerk of Court or Deputy Clerk